UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TASKER on behalf of himself and all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>DISNEY DTC LLC, a Delaware limited liability company; THE WALT DISNEY COMPANY, a Delaware corporation,<br><br>Defendants. | Case No.: 5:25-cv-02368-JGB-SP<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT [ECF NO. 16]** |

On December 12, 2025, Plaintiff John Tasker ("Plaintiff") and Defendants Disney DTC LLC and the Walt Disney Company (collectively, "Defendants" and, together with Plaintiff, the "Parties") submitted a stipulation to extend the deadline for Defendants to respond to Plaintiff's Complaint (Dkt. 1).

The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Defendants shall file their response to Plaintiff's Complaint on or before January 28, 2026.

**IT IS SO ORDERED.**

Dated: December 22, 2025

JESUS G. BERNAL
United States District Judge