Reuben D. Nathan, Esq. (SBN 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
40729 Village Dr., Suite 8 - 1989
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

Attorneys for Plaintiff, JOHN TASKER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN TASKER, on behalf of himself and all similarly situated persons,<br><br>Plaintiff,<br>v.<br><br>DISNEY DTC LLC, a Delaware limited liability company; THE WALT DISNEY COMPANY, a Delaware corporation,<br><br>Defendants. | Case No. 5:25-cv-02368-JGB-SP<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, JOHN TASKER ("Plaintiff") hereby dismisses this action in its entirety without prejudice.

Dated: January 23, 2026

Respectfully submitted,

**NATHAN & ASSOCIATES, APC**

By: s/ Reuben D. Nathan
Reuben D. Nathan, Esq.
Email: rnathan@nathanlawpractice.com
2901 W. Coast Hwy., Suite 200
Newport Beach, California 92663
Telephone: (949)270-2798

**LAW OFFICES OF ROSS CORNELL, APC**
Ross Cornell, Esq. (SBN 210413)
P.O. Box 1989 #305
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

*Attorneys for Plaintiff*